IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

      v.                                        Case No. 15-CR-38

SALLY IRIRI,

           Defendant,

 BANK OF AMERICA,

           Garnishee Defendant.

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application to the Clerk of the United States District Court, in accordance with 28 U.S.C. § 3205(b)(1), to issue a Writ of Garnishment upon the judgment entered against defendant, Sally Iriri, Social Security number \*\*\*-\*\*-, whose last known address is: Waseca, Minnesota, within the Western District of Wisconsin, in the above-cited action in the amount of $2,238,566.30, plus a special assessment of $100.00. This debt is for recovery of restitution. Judgment was imposed on November 20, 2015, in case number 15-CR-38.

As of September 24, 2019, the total balance due is $2,238,241.30. Not less than 30 days has elapsed since demand on the debtor for payment of the debt was made and the judgment debtor has not paid the amount due.

The Garnishee, and its successors or assigns, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or their authorized agent is:

>Bank of America
>Attn: Legal Order Processing
>800 Samoset Drive
>Newark, DE 19713

Dated this 25th day of September 2019.

>Respectfully submitted,
>
>SCOTT C. BLADER
>United States Attorney
>
>By: \s\
>
>HEIDI L. LUEHRING
>Assistant United States Attorney
>222 W. Washington Avenue, 700
>Madison, Wisconsin 53703
>(608) 264-5158