IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

    v.                Case No. 15-CR-38

SALLY IRIRI,

    Defendant,

BANK OF AMERICA,

    Garnishee Defendant.

---

**WRIT OF CONTINUING GARNISHMENT**

---

GREETINGS TO: Bank of America
        Attn: Legal Order Processing
        800 Samoset Drive
        Newark, DE 19713

  An Application for a Writ of Garnishment against the property of Sally Iriri, defendant, has been filed with, and granted by, this Court.  A judgment was imposed on November 20, 2015, against the above-named defendant in the amount of $2,238,566.30, plus a special assessment of $100.00.

  You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any non-exempt, disposable earnings of the debtor.

  Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Clerk at: 120 N. Henry Street, Room 320, Madison, WI 53703. Additionally, you are required by law to serve a copy of this Answer upon the debtor and upon the United States Attorney, 222 W. Washington Ave., Suite 700, Madison, Wisconsin 53703.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant the wages attached by this writ.

Pursuant to 28 U.S.C. § 3205(c)(2)(F), you are required to withhold and retain any property in which the debtor has a substantial nonexempt interest in which you are, or may become, indebted to the judgment debtor, pending further order of the Court.

DO NOT FORWARD ANY FUNDS AT THIS TIME. HOWEVER YOU ARE REQUIRED TO WITHHOLD ALL APPROPRIATE FUNDS IMMEDIATELY AND BEGIN DISBURSEMENT UPON FURTHER ORDER OF THE COURT. Checks should be made payable to the U.S. Clerk of Court, and mailed to:

> U. S. Clerk of Court
> Western District of Wisconsin
> 120 N. Henry Street, Room 320
> Madison, Wisconsin 53703

THIS WRIT OF GARNISHMENT IS <u>CONTINUING</u> AND MAY ONLY TERMINATE BY:

A. a court order quashing the writ of garnishment;

B. exhaustion of property in the possession, custody, or control of the garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

C. satisfaction of the debt with respect to which the writ is issued.

Dated this _____ day of September 2019.

_____
PETER OPPENEER
U. S. CLERK OF COURT